Kraig LAGER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42400.

Missouri Court of Appeals,
Western District.

April 17, 1990.

Ellen H. Flottman, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., FENNER, J., and WASSERSTROM, Senior Judge.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief after an evidentiary hearing.

Affirmed.   Rule 84.16(b).